Case 4:06-cv-03129-PJH   Document 8   Filed 06/07/06   Page 1 of 2

| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
| | PETER J. DROBAC (191079) |
| 2 | pdrobac@mwe.com |
| | 3150 Porter Drive |
| 3 | Palo Alto, CA 94304-1212 |
| | Telephone:   (650) 813-5000 |
| 4 | Facsimile:    (650) 813-5100 |

*Attorneys for Sara Lee Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS—FOOD INDUSTRY SUPPLEMENTAL INCOME SECURITY PLAN, | No.  C-06-3129 BZ |
| | [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. GRAHAM *PRO HAC VICE*** |
| Plaintiff, | |
| v. | |
| SARA LEE CORPORATION (FKA RAINBO BAKING CO./EARTHGRAINS) | Date Complaint Filed: May 10, 2006 |
| Defendant. | |

**APPLICATION FOR ADMISSION OF MICHAEL T. GRAHAM *PRO HAC VICE***

CASE NO. C-06-3129

Michael T. Graham, an active member in good standing of the bar of Illinois, whose business address and telephone number is McDermott Will & Emery LLP, 227 West Monroe Street, Suite 4400, Chicago, IL 60606-5096, telephone: 312.984.3606, facsimile: 312.984.7700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sara Lee Corporation in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, Electronic Case Filing.

Dated: 7 June 06

Honorable Bernard Zimmerman
United States District Court

MPK 109350-1.009900.0011