R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Laura M. Chavkin, No. 228724
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017
E-mail:         rschwartz@truckerhuss.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE TEAMSTERS—FOOD
INDUSTRY SUPPLEMENTAL INCOME SECURITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS—FOOD INDUSTRY SUPPLEMENTAL INCOME SECURITY PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>SARA LEE CORPORATION (FKA RAINBO BAKING CO./EARTHGRAINS)<br><br>Defendant. | Case No. C06-3129 PJH<br><br>**STIPULATION REGARDING DISMISSAL** AND ORDER |

IT IS HEREBY STIPULATED by, between, and among the parties who have appeared in this action that the above-captioned litigation shall be, and hereby is, dismissed in its entirety with

///

///

///

///

///

///

STIPULATION REGARDING DISMISSAL
Case No. C06-3129 PJH
#795001

1

prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Except to any extent as may have been agreed by the parties, each party shall bear its own fees and costs.

DATED: August 17, 2006

Trucker ✦ Huss

By: _____
Robert F. Schwartz
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
TEAMSTERS—FOOD
INDUSTRY SUPPLEMENTAL INCOME
SECURITY PLAN

DATED: August 17, 2006

McDermott Will & Emery LLP

By: _____
Peter P. Drobac
Attorneys for Defendant
SARA LEE CORPORATION (FKA RAINBO BAKING CO./EARTHGRAINS)

8/18/06

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104